# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0071. ABBA YAKOB et al. v. KIDIST MARIAM ETHIOPIAN ORTHODOX TEWAHEDO CHURCH, INC.**

Upon consideration of the "Emergency Motion to Restore Consent Interlocutory Injunction Pending Appeal," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  05/24/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , Clerk.